IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER LEE BRANNON,
    Plaintiff,

vs.                                              Case No.: 4:05cv50/MMP/EMT

CAPE KENNEDY SPACE CENTER, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 in the Middle District of Florida (Doc. 5, attach. 2 at 1-10). Plaintiff also filed an Affidavit of Indigency (*id.*, attach. 1 at 6-12), which was construed as a motion for leave to proceed in forma pauperis ("IFP"). Prior to any ruling on the IFP motion, the case was transferred to the Northern District of Florida. Shortly thereafter, on March 7, 2005, this court entered an order (Doc. 6) directing Plaintiff to supplement his IFP motion and notify the court of the reason for his placement in the Florida State Hospital in order for the court to determine whether Plaintiff is a "prisoner" as defined by 28 U.S.C. § 1915(h) (*see id.* at 1). Plaintiff failed to respond to the order, therefore, on November 21, 2005, this court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 11). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 15th day of December 2005.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).

Case No: 4:05cv50/MMP/EMT