IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER LEE BRANNON,

    Plaintiff,

v.                                             CASE NO. 4:05-cv-00050-MP-EMT

CAPE KENNEDY SPACE CENTER,
FLORIDA STATE HOSPITAL, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that this cause be dismissed without prejudice for Plaintiff's failure to comply with an order of the court. Objections to Report and Recommendation were due by January 12, 2006, but none were filed. The Court agrees that because plaintiff failed to respond to two orders of the Court, including a Rule to Show Cause, this case is properly dismissed without prejudice. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is dismissed without prejudice, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *8th* day of March, 2006

                                     *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge